UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>  Petitioner,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>  Respondent. | NO.  CV-07-0262-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on November 26, 2008, recommending that Petitioner's Petition for Writ of Mandamus be dismissed without prejudice.

There being no objection, the Court adopts the Magistrate Judge's Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1.   Petitioner's Petition for Writ of Mandamus (Ct. Rec. 1,5) is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to Petitioner and counsel, and close the file.

**DATED** this 5th day of January, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\hunter.rr.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**